# UNITED STATES DISTRICT COURT
### for the District of Colorado

| | |
|---|---|
| In the Matter of the Search of: ) | |
| 1431 Oak Pl, Thornton, CO 80229, 3773 Walnut ) | Case No. 25-sw-00705-SBP |
| St Apartment #410, Denver, CO 80205, and two ) | |
| vehicles, more fully described in Attachment A, ) | |
| which is attached hereto. ) | |
| ) | |
| ) | |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property:

**SEE "ATTACHMENT A"**, which is attached to and incorporated in this Application and Affidavit

located in the _____ State and _____ District of _____ Colorado _____, there is now concealed *(identify the person or describe the property to be seized)*:

**SEE "ATTACHMENT B"**, which is attached to and incorporated in this Application and Affidavit

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☒ evidence of a crime;
- ☒ contraband, fruits of crime, or other items illegally possessed;
- ☒ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm/Ammunition |
| 18 U.S.C. § 922(j) | Possession of a Stolen Firearm |

The application is based on these facts:

- ☒ Continued on the attached affidavit, which is incorporated by reference.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____ *s/Edward Baggs*
*Applicant's signature*

Edward Baggs, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by <u>telephone</u>.

Date: <u>May 14, 2025</u>

_____
*Judge's signature*

City and state: <u>Denver, CO</u>

Susan Prose, United States Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### *Property to be Searched*

The premises to be searched is located at 1431 Oak Pl in the City of Thornton, State and Federal District of Colorado. This premises is a single-story, single-family residence with brown brick siding and a gray shingle roof. The property includes an attached garage at the west end of the residence. The numbers "1431" are silver in color, are mounted on a dark brown plate, and positioned to the left of the south-facing front door. The vehicles to be searched are a silver 2019 Jeep Grand Cherokee bearing Colorado license plate # EPU-D29 and/or Vehicle Identification Number 1C4RJFBG0KC855669, and a white 2018 Dodge Charger bearing Colorado license plate # CZP-C31 (VIN: 2C3CDXGJ1JH179630). Images depicting the premises and vehicles are below.





(Images of 1431 Oak Pl, Thornton, CO)



(Silver Jeep Grand Cherokee CO plate # EPU-D29)



(White Dodge Charger CO plate # CZP-C31)

**ATTACHMENT A (continued)**

### *Property to be Searched*

The premises to be searched is located at 3773 Walnut St Apartment #410 in the City of Denver, State and Federal District of Colorado. This premises is an apartment within the Walnut Flats multi-resident apartment complex. The apartment has a blue front door and the white numbers "410" painted vertically on the door. The numbers 410 are also positioned on the wall to the right of the front door, black in color and displayed on a white square. Ground level parking spaces are on the building's property. The vehicles to be searched are a silver 2019 Jeep Grand Cherokee bearing Colorado license plate # EPU-D29 and/or Vehicle Identification Number 1C4RJFBG0KC855669 and a white 2018 Dodge Charger bearing Colorado license plate # CZP-C31 (VIN: 2C3CDXGJ1JH179630). Images depicting the premises and vehicles are below.





(Images  3773 Walnut St, Denver, CO and unit 410 front door)



(Silver Jeep Grand Cherokee CO plate # EPU-D29)



(White Dodge Charger CO plate # CZP-C31)

## ATTACHMENT B
### *Property to be Seized*

Evidence, fruits, and instrumentalities of violations of 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm/Ammunition and 18 U.S.C. § 922(j), Possession of a Stolen Firearm ("the Subject Offenses"):

- Evidence of occupancy and ownership of the residence;

- Firearms, and items used in conjunction with such firearms including gun magazines, ammunition and means of carrying or concealment, and records or receipts pertaining to such firearms or related items; live ammunition, fired cartridge casings, ammunition storage containers, packaging or boxes, firearm accessories, firearm cleaning equipment, holsters; firearms accessories including but not limited to sights, scopes, high capacity gun magazines, machinegun conversion devices, and other instruments that be used in conjunction with any firearms;

- Books, records, receipts, notes, ledgers, and other papers relating to the possession, transportation, ordering, purchase, or distribution of firearms and/or firearms accessories;

- Clothing: a black and gray baseball cap, a white polo short with the black number 3 on the sleeve, blue/gray long pants, and black and white shoes;

- Cellular devices, attributed to Larry YBARRA, capable of internet connectivity, and able to send and receive text/SMS messages, phone or video calls and electronic mail. Any cellular devices seized pursuant to this warrant will not be searched without further court authorization;

- Contextual information necessary to understand the evidence described in this attachment.

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been since May 2023. Prior to being employed by ATF, I was employed as a police agent with the City of Lakewood Police Department for approximately 6 years.  I was a patrol officer for 3 years and assigned to a combined patrol and investigative team for approximately 3 years. I am a graduate of the Federal Law Enforcement Training Center and the ATF National Academy in Glynco, Georgia.  My primary duties involve the investigation of federal firearm violations and the associated use of firearms in violent crimes and firearms trafficking.  I am currently assigned by ATF to the Denver IV Field Office/RAVEN Violent Crime Taskforce, where I work jointly with sworn law enforcement officers of state and local agencies throughout the District of Colorado. During my law enforcement career, I have personally authored warrants. I also work alongside and consult with investigators who have authored search warrants and production of records requests, arrest warrants, and court orders for all matter of evidence, including, but not limited to, real property, vehicles, persons, electronic information, website information, cellular-phone information, vehicle tracks, and biological evidence.

2.      As an ATF Special Agent, I am familiar with federal criminal laws pertaining to firearms and theft violations.  I know that it is a violation of 18 U.S.C. § 922(g)(1) for a felon to knowingly possess a firearm/ammunition, and it is a violation of 18 U.S.C. § 922(j) to knowingly possess a stolen firearm.

### PURPOSE OF SEARCH WARRANT

3.      This affidavit is submitted to support an application for a search warrant for 1431 Oak Pl, in the City of Thornton, in the State and Federal District of Colorado,  3773 Walnut St Apartment #410, in the City of Denver, State and Federal District of Colorado, and two vehicles,

a silver Jeep Grand Cherokee with Colorado license plate EPU-D29 and a white Dodge Charger with Colorado license plate CZP-C31. The residences and vehicles are more fully described in Attachment A. The property to be seized is described in Attachment B.

4.      Information in this affidavit is based upon information I have gained from my investigation and observations, my training and experience, and law enforcement interviews of witnesses.  Since this affidavit is being submitted only to obtain a search warrant, I have set forth only those facts I believe are necessary to establish probable cause to believe that the evidence to be seized, as described in Attachment B, will be found in the properties to be searched, as described in Attachment A.

## PROBABLE CAUSE

5.      Your Affiant has been investigating a shooting that occurred on May 10, 2025, at approximately 1:57 am, in the 1900 block of Wazee Street, Denver, Colorado.  Your Affiant has reviewed video of the shooting, as well as available police reports detailing the incident. The below facts are summarized from these sources of information.

6.      On May 10, 2025, at approximately 1:57 am, Denver Police officers responded to a shooting in the 1900 block of Wazee Street, Denver, Colorado. Upon arriving on scene, officers located a single victim, identified as M.B., with a gunshot wound to his hip. M.B. was bleeding profusely. He was transported to Denver Health Medical Center by ambulance.

7.      Officers contacted four witnesses on scene.  One of those witnesses was a Lyft driver, A.D. A.D. said he was sideswiped by a silver Jeep and he began filming video on his cell phone when he got out of his vehicle. Officers obtained this cell phone video. At approximately 2:43 a.m. FAST Detective Christopher Fayles, badge 15006, was notified of the shooting and responded. Detective Fayles reviewed the video taken by A.D. The video showed A.D. and the driver of the Jeep get into an argument when a bystander walked up with a gun and intervened. The bystander was later identified as M.B. A physical fight ensued amongst some of the men on

scene. M.B. used the gun to strike a man, later identified as Larry YBARRA, in the face. YBARRA was wearing a gray polo shirt and a black/gray White Sox baseball cap. As the camera pans around, a heavyset Hispanic female wearing black pants and a black blouse can be seen holding a gun. This female was later identified as YBARRA's girlfriend, Renee Gonzales. YBARRA and M.B. face each other as if going to continue to fight and M.B. again struck YBARRA in the face with the gun. Around this time, what appeared to be a pistol can be seen lying on the ground. A male who appeared to be an associate of YBARRA and Gonzales attempted to pick up the pistol but was blocked by another male in the fight. This male who attempted to pick up the gun then struck M.B., causing him to fall to the ground. M.B. appeared to have dropped his pistol on the ground, as M.B. could be seen no longer having a pistol in his hands, so that the pistol visible on the ground is believed to have been the pistol previously described. YBARRA picked up the pistol on the ground after being struck again by M.B., stepped toward and stood over M.B., and fired into M.B.'s abdomen area. YBARRA fired another shot at M.B. before he backed away with the firearm and over the next several seconds, YBARRA fired four additional shots into the ground. A woman with M.B., later identified as M.B.'s wife, V.B., can be heard yelling at the driver, "Give me back my gun!" during the latter shots fired. M.B. could also be seen on the video bleeding, leaving a trail of blood from where he was shot as he walked several steps away, and he stated he had been shot.



(Screenshot from video of shooting, showing YBARRA as he shot M.B.)

8.    YBARRA then entered the rear driver's door of the Jeep and fled the scene with Gonzales and an unidentified male involved in the fight. YBARRA left the scene with M.B.'s firearm in his right hand. In the video, the Jeep's license plate, Colorado EPU-D29, is clearly visible. Using this license plate, the vehicle was further identified as a silver 2019 Jeep Grand Cherokee bearing Vehicle Identification Number 1C4RJFBG0KC855669, and the registered owner was identified as Renee Gonzales.

9.    At approximately 3:50 am, Detective Fayles interviewed M.B. at Denver Health Medical Center. M.B. appeared intoxicated and under the influence of narcotics. He told Detective Fayles that he'd taken Xanax, "perks", and "benzos" prior to coming to the hospital. M.B. said he was leaving the Native club located downtown when he heard someone hitting a female. He

intervened by telling the male that it wasn't right to hit a woman. The man then told M.B., "Fuck you". M.B. started to go for his pocketknife because he felt threatened, when the male pulled out a gun, pushed it to his head, pistol whipped him, and then shot him. M.B. said that when this happened, he was with his wife.

10.     At approximately 4:15 a.m. Detective Fayles interviewed A.D. at DPD headquarters. A.D. told him he was on the way to pick up a Lyft fare when he was sideswiped by a gray Jeep. They both stopped. The driver of the Jeep was a Hispanic male wearing a gray shirt and was intoxicated. This male was determined by the investigation to be YBARRA. The male was aggressive and wanted to fight A.D. A.D. said another male approached and tried to help settle down the Jeep driver (YBARRA). This is when A.D. started filming with his phone. A.D. said another male and a female had also apparently gotten out of the Jeep. A.D. did not see who punched who first, but a fight broke out between the Jeep group and a group including a male later identified by police as M.B. A.D. then saw that the man (M.B.) had a gun in his hand, at which time the man (M.B.) racked the slide. A.D. said that the man (M.B.) then pistol-whipped the driver of the Jeep (YBARRA). As the fight continued, the man (M.B.) dropped his gun to the ground. The driver of the Jeep (YBARRA) then picked up the gun and shot the male identified by police as M.B.

11.     Detective Fayles conducted a records check on the Jeep, YBARRA, and Gonzales. Prior law enforcement contacts showed that Gonzales was associated with YBARRA, per Denver Police Department case 25-15808 on March 30, 2025. Detective Fayles identified YBARRA as the male who shot M.B. based on review of the video provided by A.D. of the shooting incident and comparison of this male to a booking photograph of YBARRA. Your Affiant also compared a screenshot from this video to YBARRA's prior booking photos and driver's license photo and concluded that YBARRA appeared to be the male involved in this shooting.



(Screenshot from A.D. video of shooting incident. Red box added to highlight YBARRA's face.
Jeep license plate number also visible)

 

(Left: Denver Police mugshot of YBARRA in December 2024. Right: Colorado driver's license photo of Larry YBARRA, issued October 4, 2022)

12.     On May 12, 2025, Detective Fayles spoke to Gang Unit Corporal Zachary Moldenhauer. Corporal Moldenhauer said he had viewed the video of the shooting and recognized the shooter (White Sox baseball cap), as Larry YBARRA from numerous law enforcement interactions. He was extremely confident in his identification.

13.     Also on May 12, 2025, Detective Fayles was contacted by U.S. Probation Officer Erika Privette, who was notified that Detective Fayles ran a criminal history check on YBARRA. Probation Officer Privette said she has supervised YBARRA since September 16, 2022, and he is currently on federal supervision. Detective Fayles sent Officer Privette three still images taken from A.D.'s cell phone video of the shooting. Officer Privette identified the man in the White Sox baseball cap as Larry YBARRA and the female in the black blouse as his girlfriend, Renee Gonzales.

14.    Per a review of YBARRA's criminal history, Your Affiant identified YBARRA was previously convicted of the following adult felony crimes:

- Denver District Court Case 2008CR10148, Aggravated robbery-menace victim with weapon-att, adjudicated as adult. Disposition guilty on October 6, 2008. Sentenced to 3 years' Youth Offender System.

- Denver District Court Case 2012CR1702, Distribution of schedule 2 controlled substance. Plea of guilty on October 1, 2012. Sentenced to 4 years' Department of Corrections, 5 years mandatory parole.

- Denver District Court Case 2018CR4007, Possession controlled substance—chemicals/supplies schedule 3-4. Plea of guilty on August 19, 2019. Sentenced concurrent to federal case 18CR456 to be served in federal custody. 1 year Department of Corrections, 1 year mandatory parole.

15.    United States District Court 18CR00456, Felon in possession of a firearm and ammunition. Sentenced to 57 months' imprisonment on May 17, 2019. Your Affiant reviewed the judgment in this case and found that it was signed by YBARRA. Your Affiant reviewed a signed and initialed probation agreement form in which YBARRA acknowledged his status as convicted of a felony crime as well as that he was prohibited from possessing firearms and/or ammunition. Your Affiant spoke with US Probation Officer Privette and learned the following additional information: during Officer Privette's approximately 3 years of supervision of YBARRA, YBARRA claimed his primary residence was 1431 Oak Pl, Thornton, CO. However, YBARRA also had reported staying at the residence of his girlfriend, Renee Gonzales, located at 3773 Walnut St #410, Denver, CO, and had been contacted by Officer Privette at that location as far back as approximately 2023. YBARRA's supervised release status does not include GPS

location ankle monitoring. YBARRA's registered vehicle was identified as a white 2018 Dodge Charger bearing Colorado license plate # CZP-C31 (VIN: 2C3CDXGJ1JH179630).

16.    Your Affiant reviewed license plate reader records for Gonzales' Jeep Grand Cherokee (Colorado license plate # EPU-D29). Your Affiant found that on May 9, 2025, at approximately 7:32PM, the Jeep was driving eastbound at Thornton Pkwy / Gale Blvd. On May 11, 2025, the Jeep was driving eastbound at 80th Ave / Zenobia St, as well as westbound W 92nd Ave / Grove St. These license plate reader capture locations were in proximity to YBARRA's home address of 1431 Oak Pl, Thornton, CO.

17.    Your Affiant also reviewed license plate reader records for YBARRA's white Dodge Charger (Colorado license plate # CZP-C31). Your Affiant found that on March 9, 2025, at approximately 11:02PM (approximately 3 hours prior to the shooting described), YBARRA's Dodge was at the ground-level parking structure of 3770 Blake St, Denver, CO. This location was identified as sharing the same ground level parking area as 3773 Walnut St, which was identified as Gonzales' home address apartment building.

18.    Your Affiant learned that on May 14, 2025, at approximately 12:43AM, Adams County Sheriff's Office (ACSO) Deputy Cooper was conducting routine patrol in the area of E 84th Ave / Washington St in unincorporated Adams County. Deputy Cooper observed a white 2018 Dodge Charger bearing Colorado license plate # CZP-C31 (VIN: 2C3CDXGJ1JH179630) travelling northbound on Washington St. Deputy Cooper queried the license plate on NCIC and found the vehicle was registered to YBARRA, who had a felony arrest warrant (issued by US Federal Probation for YBARRA's violation of his probation agreement related to this shooting incident). Deputy Cooper observed the Charger park at 1431 Oak Pl, Thornton, CO, and he saw the driver step out. Deputy Cooper identified the driver of the Charger as YBARRA. Deputy Cooper contacted YBARRA in front of 1431 Oak Pl, who acknowledged his name as such. YBARRA was taken into custody without incident.

YBARRA's Dodge Charger was left parked near 1431 Oak Pl. As of approximately 10:30AM on May 14, 2025, the Dodge Charger was still parked on Oak Pl approximately 30 feet west of 1431 Oak Pl.

19.    Your Affiant reviewed the body-worn camera transcript of police contact with YBARRA on May 14, 2025, and found that YBARRA's cellular phone, wallet, and keys to the Charger were provided to YBARRA's father at 1431 Oak Pl prior to YBARRA's transport to jail. The transcript also included a statement that a gun may have been observed inside the Charger. Your Affiant attempted to contact Deputy Cooper to verify this information but was unable to make contact as of the writing of this affidavit.

20.    Based on the above information, Your Affiant identified that three firearms were present during the shooting on May 10, 2025. YBARRA was captured on video possessing and firing a pistol during an altercation, resulting in a participant in the fight sustaining a gunshot wound. YBARRA was observed on video retaining possession of the firearm as he entered a silver Jeep Grand Cherokee, registered to his girlfriend, Renee Gonzales, when he fled the scene. The serial number on this pistol has not been identified. Renee Gonzales was also seen possessing a firearm during the altercation leading up to the shooting. What appeared to be a third firearm was seen lying on the ground during the altercation. None of these three firearms were recovered by Denver Police during the on-scene investigation of the shooting. Cartridge casings were recovered at the scene of the shooting and booked as evidence, further establishing that a firearm was possessed and fired by YBARRA.

21.    Your Affiant knows from prior training and experience that individuals involved in the unlawful possession and use of firearms often acquire firearms through other illicit means. Acquiring, possessing, and disposing of these firearms is often communicated using electronic communication devices, such as cellular phones. These devices are often used

to communicate via phone calls, text messaging, and social media for the acquisition and disposal of firearms. Your Affiant believes YBARRA's cellular device(s) will be inside 1431 Oak Pl, as the device was provided to an adult male at the address on May 14, 2025. Your Affiant also believes that the device will contain evidence of YBARRA's acquisition, possession, and disposal of firearms as it pertains to this investigation and the shooting incident described.

22.    Further, Your Affiant knows that YBARRA was accompanied by his girlfriend, Gonzales, and another associate during the shooting incident and as YBARRA fled from the scene. Your Affiant knows from prior experience that individuals engaged in firearms offenses often communicate about these crimes following the offense, including statements such as discussing the incident or itself or plans of handling evidentiary items. Your Affiant believes YBARRA's cellular device will contain such evidentiary conversations. As provided in Attachment B, any cellular device seized pursuant to this warrant will not be searched without your Affiant first obtaining a search warrant to do so.

23.    Finally, there is reason to believe that the two residences and the white Charger that are sought to be searched contain evidence of the Subject Offenses, as described in Attachment B. Your Affiant knows from training and experience that people store items at their residence, or the residence of a significant other where they also spend significant periods of time. This is no different from a law-abiding citizen, but for purposes of this Affidavit, this conduct includes keeping items that are evidence of a crime, such as firearms, ammunition, firearm accessories, clothing worn during a shooting, and cell phones used to communicate about firearms and/or the shooting. YBARRA uses both residences as his own, to an unknown degree, for the reasons provided above and as he has reported to the probation office. Further, YBARRA's vehicle and that of his girlfriend were recently in the area of both residences – both before and after the shooting, as detailed above. Your Affiant knows from training and

experience that firearms are commonly transported in vehicles, and in this particular case, YBARRA left in the Jeep Cherokee with M.B.'s firearm. There is reason to believe, including the deputy's observations of the Charger noted above, that a firearm(s) is at either of the defendant's residences or the vehicles he has access to and has used surrounding the shooting. Similarly, there is reason to believe that additional evidence of the shooting, including his clothing, will be located at the locations subject to search. YBARRA changed clothing since the shooting and though he may have motivation to get rid of the clothing he was wearing at the time of the shooting, there is also reason to believe that he may not have done so, as he appears in the video to not be aware that A.D. was filming him and he may not have thought to dispose of the clothing.

## **CONCLUSION**

24.     Based on the investigation above, probable cause exists to believe that the property to be seized, as described in Attachment B, will be found at the location fully described in Attachment A.

//

//

//

//

//

//

//

//

25.     Therefore, I respectfully request the Court issue a search warrant to search inside 1431 Oak Pl, Thornton, CO 80229, 3773 Walnut St Apartment #410, Denver, CO 80205, and the two vehicles described in Attachment A, to seize the property described in Attachment B.


_s/Edward Baggs_
Edward Baggs
ATF Special Agent


Sworn to before me this ___14th___ day of ___May_____, 2025.

_____
HON. SUSAN PROSE
United States Magistrate Judge
District of Colorado


Application for search warrant was reviewed and is submitted by Celeste Rangel, Assistant United States Attorney.